**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: L.R.J.P., A MINOR | : | No. 75 EAL 2020 |
| | : | |
| | : | |
| PETITION OF:  T.T., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: J.M.C.P., A MINOR | : | No. 76 EAL 2020 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  T.T., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

  **AND NOW**, this 31st day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.